

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00533-CV

**EX PARTE G.A.A.** a/k/a J.A.A.

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1821-CV-C
Honorable William D. Old III, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting G.A.A. a/k/a J.A.A.'s petition for expunction is REVERSED. We RENDER an order denying the petition for expunction. We ORDER that the Texas Department of Public Safety is awarded the costs it incurred related to this appeal.

SIGNED September 8, 2021.

_____
Irene Rios, Justice